UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BILLY SMITH, ET AL** | **CIVIL ACTION NO. 5:23-CV-0925** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GREAT DIVIDE INSURANCE CO., ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 23], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS HEREBY ORDERED that Plaintiffs' MOTION TO REMAND [Doc. 12] is GRANTED. This case is REMANDED to the 42nd Judicial District Court, DeSoto Parish, Louisiana, where it was pending as suit number 084148-A. The Motion's request for fees and costs related to the removal are DENIED.

THUS, DONE AND SIGNED in Chambers on the 14th day of September 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE